# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-00166-KJD-PAL |
| vs. | **ORDER DIRECTING U.S. MARSHAL TO ARRANGE TRANSPORTATION TO HEARING** |
| DAVID KIM, | |
| Defendants. | |

COMES NOW Defendant, DAVID KIM, by and through CJA counsel, CRAIG W. DRUMMOND, ESQ., and moves this Honorable Court for an order directing the United States Marshal to arrange for the defendant's noncustodial transportation from Honolulu, Hawaii to Las Vegas, Nevada on or before August 27, 2013 at the hour of 9:00 a.m. for a Sentencing and Disposition Hearing before the Honorable Kent J. Dawson in Courtroom 4A. This request is limited to payment of one-way transportation to the above-referenced court appearance only.

DATED this 19TH day of August, 2013.

_____
**U.S. DISTRICT / MAGISTRATE JUDGE**

DRUMMOND & NELSON LAW FIRM
228 South Fourth St., First Floor
Las Vegas, NV 89101
www.attorneydrummond.com